IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00809-WYD-MEH

JEFFREY SEDILLOS,

    Plaintiff,

v.

EXCEL ENERGY SERVICES, INC.,
PUBLIC SERVICE CO. OF COLORADO, d/b/a Xcel Energy,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2008.**

    In light of settlement in this matter, Plaintiff's Motion to Amend Complaint [filed September 15, 2008; docket #17] is **denied as moot**.