IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00809-WYD-MEH

JEFFREY SEDILLOS,

    Plaintiff,

v.

XCEL ENERGY, a Minnesota corporation doing business in Colorado,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice, filed October 17, 2008 (docket #21). Having reviewed the stipulation and the premises therein, it is hereby

ORDERED that parties' Stipulation for Dismissal with Prejudice, filed October 17, 2008 (docket #21) is **GRANTED**. It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE** each party to pay his or its own costs, attorney fees, and expenses.

    Dated: October 17, 2008

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge